UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMMAR YOUSSEF HACHICHO,<br><br>  Petitioner,<br><br>  v.<br><br>CHAD F. WOLF, ET AL.,<br><br>  Respondent. | Case No. EDCV 20-1228-VAP-KK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Claim One of the Petition is DENIED with prejudice. Claim Two of the Petition shall remain STAYED pursuant to the Court's July 23, 2020 Order.

Dated: December 15, 2020

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge